IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-833-FDW-DCK

| LAURA LEANN MARTIN, and AUDRIC JACQUES SIMON ALEXANDRE GORELOV, | ) ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) ) | |
| SECRETARY OF THE U.S. DEPARTMENT OF STATE, | ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) filed by Local Counsel Andres Lopez on April 22, 2024.

Applicant Brad Banias seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) is **GRANTED**. Brad Banias is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: April 22, 2024

David C. Keesler
United States Magistrate Judge